No. 90–5755. HERTEL ET AL. *v.* FEDERAL LAND BANK OF ST. LOUIS. C. A. 7th Cir. Certiorari denied.

No. 90–5822. GREENE *v.* MEESE, FORMER ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–5825. FAZZINI *v.* HENMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–5826. BILAL *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 90–5830. DAVIS *v.* HAYES, SUPERINTENDENT, FRANKLIN CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5831. WEISGERBER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5833. COOK *v.* FLORIDA PAROLE COMMISSION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 90–5834. VAN LEEUWEN ET AL. *v.* MCCORKINDALE, CIRCUIT JUDGE, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5841. CORNELIO X *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–5848. PARKER *v.* FAIRMAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–5855. SELLERS *v.* DELGADO COLLEGE ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–5861. HERRON *v.* WOODRUFF ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5866. MARSHBURN *v.* RICHARDSON. C. A. 4th Cir. Certiorari denied.

No. 90–5868. HAYWOOD *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.